UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL PETER LAICHOUR, | No.  1:25-cv-01891-GSA |
| Plaintiff, | ORDER DIRECTING FILING OF CONSENT/DECLINE FORM |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

Only one party has filed a form of consent/decline of Magistrate Judge jurisdiction as directed by the scheduling order, ECF No. 5.

Accordingly, the party in question is directed to file the form within 7 days of this order.

.

IT IS SO ORDERED.

Dated:    **May 19, 2026**                     **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE